# TURANO LAW

———

sturano@turanolaw.com

275 MADISON AVENUE
35TH FLOOR
NEW YORK, NY 10016

60 PARK PLACE
SUITE 1101
NEWARK, NJ 07102

TEL (917) 594-5666
FAX (917) 594-5667

TEL (973) 648-6777
FAX (917) 594-5667

March 9, 2023

Hon. Lewis J. Linman
United States District Court Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

REQUEST GRANTED.
The Court approves Mr. Castro's conditions of release to be modified to permit him to travel as proposed.

3/10/2023   SO ORDERED.

LEWIS J. LIMAN
United States District Judge

Re:   United States v. Jossi Castro
      Case No. 23 Cr. 99 (LJL)110 (MKV)

Dear Judge Linman:

Jossi Castro's conditions of pretrial release include home detention and travel restricted to the SDNY and EDNY. I request that Mr. Castro's conditions be modified to permit him to travel, with the prior approval of Pretrial Services, to the District of New Jersey for the sole purpose of meeting counsel at my New Jersey Office. All other conditions are to remain in effect.

The Government, by AUSA Ni Qian, consents.

Respectfully submitted,

/s/ Stephen Turano

cc:  Counsel for the Government (by ECF)