# TURANO LAW

sturano@turanolaw.com

| | |
|---|---|
| 275 MADISON AVENUE<br>35TH FLOOR<br>NEW YORK, NY 10016 | 60 PARK PLACE<br>SUITE 1101<br>NEWARK, NJ 07102 |
| TEL (917) 594-5666<br>FAX (917) 594-5667 | TEL (973) 648-6777<br>FAX (917) 594-5667 |

August 14, 2023

Hon. Lewis J. Liman
United States District Court Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**REQUEST GRANTED.**
The Court approves Mr. Castro's conditions of pretrial release be modified as proposed.

8/15/2023  SO ORDERED.
LEWIS J. LIMAN
United States District Judge

Re:   United States v. Jossi Castro
      Case No. 23 Cr. 99 (LJL)

Dear Judge Liman:

Jossi Castro's conditions of pretrial release include home detention and travel restricted to the SDNY and EDNY. He has been fully complaint with his release conditions.

I request that Mr. Castro's conditions be modified to permit him to attend Rye Playland on August 24, 2023, from 9:00 a.m. to 9:00 p.m., or a time approved by Pretrial Services, to celebrate his son's third birthday. Mr. Castor's long-time partner and their one-year-old daughter would be joining him.

The Government, by AUSA Ni Qian, consents.

Respectfully submitted,

/s/ Stephen Turano
Stephen Turano, Esq.

cc: Counsel for the Government (by ECF)