# TURANO LAW

New York Office:

275 Madison Avenue
35th Floor
New York, NY 10016

———

Tel (917) 594-5666
Fax (917) 594-5667

New Jersey Office:

60 Park Place
Suite 1101
Newark, NJ 07102

———

Tel (973) 648-6777
Fax (917) 594-5667

August 22, 2023

Hon. Lewis J. Liman
United States District Court Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**REQUEST GRANTED.**
**The Court approves the modification to Mr. Castro's bail conditions as proposed.**

8/25/2023   SO ORDERED.

LEWIS J. LIMAN
United States District Judge

Re:   United States v. Jossi Castro
      Case No. 23 Cr. 99 (LJL)

Dear Judge Liman:

Jossi Castro's conditions of pretrial release include home detention and travel restricted to the SDNY and EDNY. He has been fully complaint with his release conditions.

I request modification of Mr. Castro's conditions, removing home detention to be replaced by a curfew, with the times to be defined by Pretrial Services. He recently attained employment with the New York City Housing Authority's maintenance department. His shifts are posted on short notice. This poses a significant challenge for him to adhere to his existing release conditions because Pretrial requires 48-hour notice for any non-emergency requests.

The Government, by AUSA Ni Qian, and Pretrial Services, by Officer Ashley Cosme, consent.

Respectfully submitted,

/s/ Stephen Turano
Stephen Turano, Esq.

cc: Counsel for the Government (by ECF)