# TURANO LAW

New York Office:

275 Madison Avenue
35th Floor
New York, NY 10016
_____

Tel (917) 594-5666
Fax (917) 594-5667

New Jersey Office:

60 Park Place
Suite 1101
Newark, NJ 07102
_____

Tel (973) 648-6777
Fax (917) 594-5667

January 23, 2024

Hon. Lewis J. Liman
United States District Court Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

> **REQUEST GRANTED.**
> **The Court approves the modification to Mr. Castro's bail conditions as proposed.**
>
> 1/24/2024   SO ORDERED.
>
> LEWIS J. LIMAN
> United States District Judge

     Re:    United States v. Jossi Castro
               Case No. 23 Cr. 99 (LJL)

Dear Judge Liman:

     Jossi Castro's conditions of pretrial release include curfew, electronic monitoring, and travel restricted to the SDNY and EDNY. He has been fully complaint with his release conditions. In addition, he has pled to a guilty to a fraud charge instead of the racketeering, which significantly reduces his prison exposure.

     I request modification of Mr. Castro's conditions, removing curfew and electronic monitoring. Pretrial Services, by Officer Ashley Cosme, consents to this request. The Government, by AUSA Elizabeth Espinosa, defers to Pretrial Services.

                                  Respectfully submitted,

                                  /s/ Stephen Turano
                                Stephen Turano, Esq.

cc: Counsel for the Government (by ECF)